UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re                                            :        Chapter 11
                                                 :
METRO AFFILIATES, INC., *et al.*,                :        Case No. 13-13591 (SHL)
                                                 :
                    Debtors.                     :        Jointly Administered
------------------------------------------------------X

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

       Tracy Hope Davis, the United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Metro Affiliates, Inc., et al.:

1. Advantage Funding Commercial Capital Corp.
   1111 Marcus Avenue, Suite M-27
   Lake Success, NY 11042
   Attn: Edward P. Kaye
   Tel. (516) 280-1786

2. Local 1181-1061, Amalgamated Transit Union
   101-49 Woodhaven Boulevard
   Ozone Park, NY 11416
   Attn: Jean Claude Calixte
   Tel. (718) 845-5600

3. Superior Distributors
   4 Midland Avenue
   Elmwood Park, NJ 07407
   Attn: Howard Klein
   Tel. (201) 791-8129

Dated: New York, New York
       November 13, 2013

       Respectfully Submitted,

       TRACY HOPE DAVIS
       UNITED STATES TRUSTEE

By:    */s/ William E. Curtin*
       William E. Curtin
       Trial Attorney
       201 Varick Street, Suite 1006
       New York , New York 11201
       Tel. No. (212) 510-0500