Ted A. Berkowitz, Esq.
Louis A. Scarcella, Esq.
Veronique A. Urban, Esq.
FARRELL FRITZ, P.C.
1320 RXR Plaza
Uniondale, NY 11556-1320
Tel: (516) 227-0700
Fax: (516) 227-0777

*Proposed Counsel for the Official Committee of*
*Unsecured Creditors of Metro Affiliates, Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                                                          Chapter 11

METRO AFFILIATES, INC., *et al.*,[1]                                    Case No. 13-13591 (SHL)

                                 Debtors.                         Jointly Administered
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Farrell Fritz, P.C. ("Farrell Fritz") hereby appears in the above-captioned chapter 11 cases as proposed counsel for the Official Committee of Unsecured Creditors of Metro Affiliates, Inc., et al.

Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: 180 Jamaica Corp. (7630); Amboy Bus Co., Inc. (2369); Atlantic Escorts, Inc. (8870); Atlantic Express Coachways, Inc. (2867); Atlantic Express New England, Inc. (4060); Atlantic Express of California, Inc. (5595); Atlantic Express of Illinois, Inc. (5759); Atlantic Express of LA, Inc. (1639); Atlantic Express of Missouri, Inc. (3116); Atlantic Express of New Jersey, Inc. (8504); Atlantic Express of Pennsylvania, Inc. (0330); Atlantic Express Transportation Corp. (4567); Atlantic Queens Bus Corp. (0276); Atlantic Paratrans of NYC, Inc. (1114); Atlantic Paratrans, Inc. (3789); Atlantic Transit, Corp. (7142); Atlantic-Hudson, Inc. (5121); Block 7932, Inc. (3439); Brookfield Transit, Inc. (8247); Courtesy Bus Co., Inc. (5239); Fiore Bus Service, Inc. (1233); Groom Transportation, Inc. (7208); G.V.D. Leasing, Inc. (0595); James McCarty Limo Services, Inc. (8592); Jersey Business Land Co. Inc. (3850); K. Corr, Inc. (4233); Merit Transportation Corp. (8248); Metro Affiliates, Inc. (0142); Metropolitan Escort Service, Inc. (9197); Midway Leasing, Inc. (7793); R. Fiore Bus Service, Inc. (3609); Raybern Bus Service, Inc. (9412); Raybern Capital Corp. (6990); Raybern Equity Corp. (3830); Robert L. McCarthy & Son, Inc. (4617); Staten Island Bus, Inc. (6818); Temporary Transit Service, Inc. (0973); Atlantic Express of Upstate New York Inc. (1570); Transcomm, Inc. (4493); and Winsale, Inc. (2710). The Debtors' service address at Metro Affiliates, Inc.'s corporate headquarters is 7 North Street, Staten Island, NY 10302.

"Bankruptcy Rules"), Farrell Fritz requests that any notices given or required to be given in these cases, and all papers served or required to be served in these cases, be delivered to and served upon the following:

> Ted A. Berkowitz
> Louis A. Scarcella
> Veronique A. Urban
> FARRELL FRITZ, P.C.
> 1320 RXR Plaza
> Uniondale, NY 11556-1320
> Tel. (516) 227-0700
> Fax: (516) 227-0777
> E-mail: tberkowitz@farrellfritz.com
> E-mail: lscarcella@farrellfritz.com
> Email: vurban@farrellfritz.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request not only includes the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, demand, or any other paper filed in these cases, whether such notice is formal or informal, written or oral, and whether transmitted or conveyed by hand delivery, electronic mail, expedited delivery service, telephone, telex, telecopy, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim or suit, nor any participation in or in connection with these cases, is intended or shall be deemed to waive (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any case, proceeding, matter or controversy so triable; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in these cases.

Dated: Uniondale, New York
November 15, 2013

                                            **FARRELL FRITZ, P.C.**

                                      By: */s/ Louis A. Scarcella*
                                            Ted A. Berkowitz
                                            Louis A. Scarcella
                                            Veronique A. Urban
                                            1320 RXR Plaza
                                            Uniondale, New York 11556-1320
                                            Tel: (516) 227-0700
                                            Fax: (516) 227-0777

                                            *Proposed Counsel for the Official Committee of*
                                            *Unsecured Creditors of Metro Affiliates, Inc., et al.*