**KLESTADT & WINTERS, LLP**
570 Seventh Avenue, 17th Floor
New York, NY 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Fred Stevens
Lauren C. Kiss

*Counsel to Massapequa Union
   Free School District*

Hearing Date:  December 16, 2013
    at 10:00 A.M. (ET)

Objection Deadline:  December 13, 2013
    at 12:00 P.M. (ET)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                         :
                                                              :   Chapter 11
METRO AFFILIATES, INC., *et al.*,                             :
                                                              :   Case No. 13-13591 (SHL)
                    Debtors.                                  :
                                                              :   Jointly Administered
------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION OF MASSAPEQUA UNION FREE SCHOOL DISTRICT FOR AN ORDER (I) DIRECTING DEBTOR RAYBERN BUS SERVICE INC. TO DETERMINE BY A DATE CERTAIN WHETHER TO ASSUME OR REJECT EXECUTORY CONTRACT, AND (II) (A) DETERMINING THAT THE AUTOMATIC STAY DOES NOT PRECLUDE PLACEMENT OF CONTINGENCY CONTRACTS FOR TRANSPORTATION SERVICES REQUIRED AFTER DECEMBER 31, 2013 BASED UPON THE DEBTOR'S INABILITY TO PERFORM AND PERMITTING TERMINATION OF THE EXECUTORY CONTRACT, OR IN THE ALTERNATIVE (B) GRANTING RELIEF FROM THE AUTOMATIC STAY**

   **PLEASE TAKE NOTICE** that a hearing on the Motion of Massapequa Union Free School District ("Massapequa") for an order(s) (i) pursuant to 11 U.S.C. § 365(d) and Fed. R. Bankr. P. 6006 directing Raybern Bus Service Inc., a subsidiary of Atlantic Express Transportation Group ("Raybern" and, together with its affiliated debtors and debtors in possession, "Atlantic Express" or the "Debtors") to determine whether to assume or reject that certain transportation contract (the "Contract") with Massapequa on or before December 16, 2013 and (ii) pursuant to 11 U.S.C. §§ 105 and 362(d)(4) determining that the automatic stay does not preclude Massapequa from placing contingency contracts for transportation services required after December 31, 2013 and otherwise terminating the Contract based upon the Debtors' admitted inability to perform under the Contract with Massapequa, or in the alternative (b) pursuant to 11 U.S.C. § 362(d)(1) granting relief from the automatic stay to permit the same (the "Motion"), has been scheduled before the Honorable Sean H. Lane in the United States Bankruptcy Court, Southern District of New York, located at One Bowling Green, New York, New York 10004 on **December 16, 2013 at 10:00 A.M. (ET)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Motion has been filed electronically with the Clerk of the United States Bankruptcy Court for the Southern District of New York, and may be reviewed by all registered users of the Court's website at http://ecf.nysb.uscourts.gov. Copies of the Motion can also be obtained by telephonic, written, or e-mail request to the undersigned counsel to Massapequa, Attn: Lauren Kiss (Telephone: (212) 972-3000 or e-mail: lkiss@klestadt.com).

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief sought in the Motion shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, on a 3.5 inch floppy disc or compact disc, preferably in portable document Format (PDF), Microsoft Word, or any other Windows Based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, and served upon (i) Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York 10018, Attn: Sean Southard, Email: ssouthard@klestadt.com, (ii) the Standard Parties (as defined in the Case Management Order) and (iii) all parties having filed a Notice of Appearance, **so as to be received no later than 12:00 P.M. (ET) on December 13, 2013.**

Dated:   New York, New York
         December 6, 2013

                                                    KLESTADT & WINTERS, LLP

                                           By:   */s/ Sean C. Southard*
                                                    Sean C. Southard
                                                    Fred Stevens
                                                    Lauren C. Kiss
                                                    570 Seventh Avenue, 17th Floor
                                                    New York, New York 10018
                                                    Tel: (212) 972-3000
                                                    Fax: (212) 972-2245
                                                    Emails: ssouthard@klestadt.com
                                                            lkiss@klestadt.com

                                                    *Counsel to Massapequa Union
                                                    Free School District*